**91–1044.** Myers v. Pub. Util Comm. Public Utilities Commission, No. 90–1315–EL–CSS. On motion to dismiss. Motion to dismiss overruled.

WRIGHT, J., dissents.

*Sua sponte,* an extension of time is granted; the record may be filed within thirty days of this order and the briefs are to be filed thereafter per rule.

WRIGHT, J., dissents.

**91–1259.** Forbes v. Midwest Air Charter, Inc. *Cuyahoga County,* No. 56815. On notice of bankruptcy and automatic stay. Notice accepted and stay granted.

**91–1302.** Manufacturer's Natl. Bank of Detroit v. Erie Cty. Road Comm. Certified Question of State Law, No. 903043. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

MOYER, C.J., dissents because the motion was filed out of rule.

HOLMES, J., dissents.

**91–1315.** In re Poling. *Franklin County,* No. 91AP–08. On motion to appoint counsel. Motion denied.

**91–1616.** State v. Flora. *Cuyahoga County,* No. 58862. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1701.** State v. Harmon. *Mahoning County,* No. 90 C.A. 100. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1779.** Yocono v. A.R. Lockhart Dev. Co. *Medina County,* No. 1977. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1801.** State v. Shelton. *Cuyahoga County,* No. 58737. On motion for leave to file memorandum in support instanter. Motion denied.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91–1832.** State v. Jones. *Lorain County,* No. 90CA004776. On motion to reconsider denial of extension and on motion for leave to file memorandum in support instanter.

Motions granted.

HOLMES and WRIGHT, JJ., dissent.

**91–1884.** Ohio Dept. of Commerce, Div. of Licensing v. Szigeti. *Franklin County,* No. 91AP–860. On motion to dismiss. Motion to dismiss overruled.

HOLMES and WRIGHT, JJ., dissent.

**91–1933.** State v. Mosley. *Montgomery County,* No. CA 11824. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.